United States District Court
Southern District of Texas
**ENTERED**
March 30, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALBERT DE LA GARZA, (TDCJ–CID #00645460) Petitioner, | § § § § § | CIVIL ACTION NO 4:21–cv–03052 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| BOBBY LUMPKIN, Respondent. | § § | |

FINAL JUDGMENT

This civil action is DISMISSED WITH PREJUDICE for the reasons stated in the Memorandum on Dismissal entered this same date.

SO ORDERED.

Signed on March 30, 2023, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge